IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LabMD, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:14-cv-810-WSD |
| ) | |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

## **PLAINTIFF'S DESIGNATION OF WITNESSES**

Plaintiff, LabMD, Inc. ("LabMD"), is prepared to submit the motion for preliminary injunction to the Court based on the evidence developed through the declarations, including exhibits, that are in the record. The Court, however, may want to hear live testimony, and Defendant, Federal Trade Commission ("FTC"), may ask to cross examine LabMD's witnesses. Therefore, in accordance with the Court's April 9, 2014 Amended Scheduling Order, LabMD designates the following witnesses that it intends to call at the hearing on LabMD's motion for preliminary injunction:

1.  **Michael J. Daugherty**
    **Chief Executive Officer**
    **LabMD, Inc.**
    **1250 Parkwood Circle**
    **Unit 2201**
    **Atlanta, GA 30339**

Mr. Daugherty will testify about the facts set forth in the verified complaint and his declarations supporting LabMD's motion for preliminary injunction directed to and the ongoing enforcement action concerning LabMD and LabMD's data security program by FTC. His testimony also will address the irreparable harm LabMD has suffered and continues to suffer because of FTC's enforcement action. He also will offer testimony concerning the facts supporting LabMD's claims for relief under the Constitution and the Administrative Procedure Act. LabMD expects that Mr. Daugherty's direct examination will last approximately 60 minutes.

2.  **Cliff Baker**
    **Managing Partner**
    **Meditology Services**
    **5256 Peachtree Road, N.E.**
    **Suite 190**
    **Atlanta, GA 30341**

Mr. Baker will testify about the information in his declaration submitted to the Court in this action. His testimony will describe his experience in the field of data security and specifically data security in the health care industry. He also will

testify that, based on his experience, the data security standards described by Professor Hill, FTC's purported data security expert, would be:

(1) confusing to HIPAA-regulated medical service providers and difficult to reconcile with the minimum requirements for compliance with HIPAA security rules;
(2) do not place importance on the implementation costs that would be incurred by small companies such as LabMD (30 employees);
(3) are more prescriptive than the minimum requirements for data security adopted by the U.S. Department of Health and Human Services under HIPAA; and
(4) contradict HHS requirements in important respects.

LabMD expects that Mr. Baker's direct examination will last approximately 30 minutes.

5524510V.3

Respectfully submitted, this 2nd day of May, 2014.

| | |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>1100 Peachtree Street, NE, Suite 2800<br>Atlanta, Georgia 30309<br>Telephone: (404) 815-6500<br>Facsimile:  (404) 815-6555<br>rraider@kilpatricktownsend.com<br>bsingleton@kilpatricktownsend.com<br>bmeyer@kilpatricktownsend.com | /s/ William D. Meyer<br>Ronald L. Raider<br>Georgia Bar No. 592192<br>Burleigh L. Singleton<br>Georgia Bar No. 649084<br>William D. Meyer<br>Georgia Bar No. 950008 |
| CAUSE OF ACTION<br>1919 Pennsylvania Ave., NW, Suite 650<br>Washington, D.C. 20006<br>Telephone: (202) 499-4232<br>Facsimile:   (202) 330-5842<br>michael.pepson@causeofaction.org | /s/ Michael D. Pepson<br>Michael D. Pepson<br>(admitted *pro hac vice*)<br><br>Admitted only in Maryland.<br>Practice limited to federal matters. |
| DINSMORE & SHOHL, L.L.P.<br>801 Pennsylvania Ave., NW, Suite 610<br>Washington, D.C. 20004<br>Telephone: (202) 372-9120<br>Facsimile:   (202) 372-9141<br>reed.rubinstein@dinsmore.com<br><br>Senior Vice President for Litigation and<br>Counsel to Cause of Action | Reed D. Rubinstein<br>(admitted *pro hac vice*)<br>D.C. Bar No. 440153<br><br><br><br>Counsel for Plaintiff |

4

## CERTIFICATE OF SERVICE

This is to certify that, on May 2, 2014, undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of **PLAINTIFF'S DESIGNATION OF WITNESSES** has been served upon the following persons by electronic mail:

> Lauren E. Fascett, Esq.
> Perham Gorji, Esq.
> Trial Attorneys
> U.S. Department of Justice
> Civil Division
> Consumer Protection Branch
> 450 5th Street NW
> Washington, DC 20001
> lauren.fascett@usdoj.gov
> perham.gorji@usdoj.gov

This 2nd day of May, 2014.

/s/ William D. Meyer
Counsel for Plaintiff

5524510V.3