IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LabMD, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 1:14-cv-810-WSD |
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Defendant. | ) |

## **NOTICE OF APPEAL**

Notice is hereby given that LabMD, Inc., Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order granting the Defendant, Federal Trade Commission's ("FTC") Motion to Dismiss the Complaint, DE 33, entered in this action on May 12, 2014, and the Judgment entered in favor of the FTC, DE 34, on May 12, 2014.

Respectfully submitted, this 14th day of May, 2014.

| | |
|---|---|
| | /s/ Burleigh L. Singleton |
| KILPATRICK TOWNSEND | Ronald L. Raider |
| & STOCKTON LLP | Georgia Bar No. 592192 |
| 1100 Peachtree Street, NE | Burleigh L. Singleton |
| Suite 2800 | Georgia Bar No. 649084 |
| Atlanta, Georgia 30309 | William D. Meyer |
| Telephone: (404) 815-6500 | Georgia Bar No. 950008 |
| Facsimile:  (404) 815-6555 | |
| rraider@kilpatricktownsend.com | |
| bsingleton@kilpatricktownsend.com | |
| bmeyer@kilpatricktownsend.com | |
| | /s/ Michael D. Pepson |
| Cause of Action | Michael D. Pepson |
| 1919 Pennsylvania Ave., NW, Suite 650 | (admitted *pro hac vice*) |
| Washington, D.C. 20006 | |
| Telephone: (202) 499-4232 | Admitted only in Maryland. |
| Facsimile:  (202) 330-5842 | Practice limited to federal matters. |
| michael.pepson@causeofaction.org | |
| DINSMORE & SHOHL, L.L.P. | Reed D. Rubinstein |
| 801 Pennsylvania Ave., NW, Suite 610 | (admitted *pro hac vice*) |
| Washington, D.C. 20004 | D.C. Bar No. 440153 |
| Telephone: (202) 372-9120 | |
| Facsimile:  (202) 372-9141 | |
| reed.rubinstein@dinsmore.com | |
| Senior Vice President for Litigation and Counsel to Cause of Action | |
| | Counsel for Plaintiff |

2

5632636V.1

## CERTIFICATION AS TO FONT

In accordance with Local Rule 7.1(D), the undersigned certifies that this brief was prepared with Times New Roman 14, a font and point selection approved by the Court in Local Rule 5.1.

/s/Burleigh L. Singleton

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that, on May 14, 2014, undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the U.S. District Court's CM/ECF System and that pursuant thereto, a copy of the **NOTICE OF APPEAL** has been served upon the following persons by electronic mail:

    Lauren E. Fascett, Esq.
    Perham Gorji, Esq.
    Trial Attorneys
    U.S. Department of Justice
    Civil Division
    Consumer Protection Branch
    450 5th Street NW
    Washington, DC 20001
    lauren.fascett@usdoj.gov
    perham.gorji@usdoj.gov

This 14th day of May, 2014.

                                        /s/ Burleigh L. Singleton
                                        Counsel for Plaintiff